## GEORGE FROST CO. v. KORA CO.

(Circuit Court, S. D. New York.    December 19, 1903.)

1. PATENTS—INFRINGEMENT—HOSE SUPPORTER.
    Preliminary injunction against infringement of the Gorton patent, No.
    552,470, for a hose supporter, denied.

In Equity.    Suit for infringement of letters patent No. 552,470, for a hose supporter, granted to Robert Gorton December 31, 1895. On motion for preliminary injunction.

A. D. Salinger, for the motion.
Harold Binney, opposed.

LACOMBE, Circuit Judge.    At last we have a defendant whose structure, although using rubber to prevent the slipping of the fabric, does not come within the first claim.    Probably it would be covered by the second claim, but there has not been such an adjudication of that claim as would require the granting of this motion in advance of final hearing.
Motion denied.